**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION** | § § § § | |
| Plaintiff | § § | **CASE NO.  6:09-CV-399**  **PATENT CASE** |
| vs. | § § | |
| **LENOVO (United States), INC., ET AL.** | § § | |
| Defendants | § | |

**ORDER**

Before the Court is the Emergency Motion of CSIRO to Compel Nonparty Apple Inc. and Defendants AT&T and Verizon Wireless (Docket No. 231).  After reviewing the parties' briefing and hearing arguments, the Court **ORDERS** that the motion is **DENIED**.

**So ORDERED and SIGNED this 11th day of October, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**