**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>Plaintiff,<br><br>vs.<br><br>LENOVO (UNITED STATES), INC., et al.,<br><br>Defendants. | CASE NO. 6:09-CV-399 |

**ORDER**

Trial in this case is currently scheduled to start at 9:00 AM on April 9, 2012. The Court hereby notifies the parties that the **trial will commence immediately after jury selection**, which is scheduled to start at **9:00 AM on April 2, 2012**. The parties have requested between 5 and 10 days for trial. The Court will inform the parties of their time allotment for trial at or shortly after the pretrial conference scheduled for 9:00 AM on March 22, 2012.

**So ORDERED and SIGNED this 14th day of March, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**