IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § § § § § § § § § § § | Case No. 6:09-cv-399 (LED)[1] |
| Plaintiff, | | Jury Trial Requested |
| v. | | |
| LENOVO (UNITED STATES) INC., ET AL. | | |
| Defendants. | | |

**PLAINTIFF'S NOTICE OF ESTIMATED AMOUNT OF TIME FOR TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE THAT, pursuant to the Court's Order on the 17th day of February, 2012, Plaintiff Commonwealth Scientific and Industrial Organisation hereby estimates the amount of time it requests at jury selection and trial:

(1) Voir dire – 30 minutes per side

(2) Opening statements – 45 minutes per side

(3) Direct and cross examinations- 16 hours per side

(4) Closing arguments- 45 minutes per side

Total: 18 hours per side

---

[1] Consolidated case including: Case No. 6:09-cv-399; Case No. 6:09-cv-400; Case No. 6:09-cv-401; Case No. 6:09-cv-513; Case No. 6:10-cv-65; Case No. 6:10-cv-66; Case No. 6:10-cv-67.

Dated:  March 20, 2012  Respectfully submitted,

/s/ S. Calvin Capshaw
S. Calvin Capshaw (State Bar No. 03783900)
Elizabeth L. DeRieux (State Bar No. 05770585)
D. Jeffrey Rambin (State Bar No. 00791478)
**CAPSHAW DERIEUX, LLP**
114 E. Commerce St.
Gladewater, Texas 75647
Telephone: 903-236-9800
Facsimile: 903-236-8787
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

James M. Wagstaffe (CA Bar No. 95535)
Michael Ng (CA Bar No. 237915)
Maria Radwick (CA Bar No. 253780)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500
E-mail: wagstaffe@kerrwagstaffe.com
E-mail: mng@kerrwagstaffe.com
E-mail: radwick@kerrwagstaffe.com

Frederick G. Michaud (DC Bar No. 177675)
**CAPSHAW DERIEUX, LLP - WASHINGTON**
1801 Florida Avenue, NW
Washington, DC 20009
Telephone: 202-588-1960
Facsimile: 202-588-1961
E-mail: fmichaud@capshawlaw.com

Jordan Trent Jones (CA Bar No. 166600)
**LAW OFFICES OF JORDAN TRENT JONES**
100 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone: 415-357-8940
Facsimile: 415-371-0500
E-mail: jtjones@jordanjonesiplaw.com

Michael F. Heim (State Bar No. 09380923)
Leslie V. Payne (State Bar No. 00784736)
Miranda Y. Jones (State Bar No. 24065519
**HEIM, PAYNE & CHORUSH, LLP**
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
Telephone: (713) 221-2000
Facsimile: (713) 221 -2021
E-Mail: mheim@hpcllp.com
E-Mail: lpayne@hpcllp.com
E-Mail: mjones@hpcllp.com

**ATTORNEYS FOR COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this March 20, 2012 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw
S. Calvin Capshaw