

Name _____    Juror Number _____

1. What is the last level of education that you completed? [CHECK ONE]
   _____ Grade school or less    _____ Some High School    _____ High School Graduate
   _____ Technical/business school    _____ Some College    _____ College Grad    _____ Post Grad
   Please list the degrees (if any) you have, the schools and colleges you attended, and your major areas of study:
   _____

2. What is your current marital status?    _____ Never married    _____ Married    _____ Divorced
   _____ Separated    _____ Widowed    IF OTHER THAN "NEVER MARRIED": For how long? _____

3. How long have you lived at your current residence? _____    Do you [CIRCLE ONE] OWN  RENT your home?

4. What is your current employment status? [CHECK ALL THAT APPLY]
   ___ Full Time    ___ Part Time    ___ Self Employed    ___ Full Time Homemaker    ___ Retired    ___ Student
   ___ Unemployed, not looking for work    ___ Unemployed, looking for work    ___ Disability/Worker's Comp

5. What is your spouse/partner's current or last employment?

| Employer | Job Description | Dates | | |
|---|---|---|---|---|
| | | From: | | To: |

6. Beginning with your current or most recent job, please list the last three jobs you have held. Please indicate the employer (put "self" if self-employed); your job description (type of work or job duties); number of employees you supervised on this job; and the dates during which you held each position.

| | Employer | Job Description | No. Of Employees | Dates | | |
|---|---|---|---|---|---|---|
| Current | | | | From: | | To: |
| Previous | | | | From: | | To: |
| Previous | | | | From: | | To: |

7. Have you ever been a member of a labor union?    _____YES    _____NO
   IF YES: Did you hold an official position or attend meetings?    _____YES    _____NO

8. Do you have any background, experience or familiarity with inventions, royalty licenses/agreements, patents, copyrights, trademarks, or the United States Patent and Trademark Office? ____ YES ____ NO    IF YES: Please describe:
   _____
   _____

9. Do you use a computer and/or cell phone? ____ YES ___NO    *IF NO TO BOTH: SKIP TO QUESTION 10*
   How long have you been using a computer? ____ years    cell phone? ____ years
   Where do you use a computer?    _____ AT HOME    _____ AT WORK    _____ BOTH
   How often do you use a computer? _____
   Do you use the internet?    _____ YES    _____NO    *IF NO: SKIP TO QUESTION 10*
   How often do you use the internet? _____
   Do you use WiFi or Wireless Local Area Network (WLAN) for internet access?    _____ YES    _____ NO
   If you have a cell phone, does it have WiFi? _____ YES    _____ NO

10. How familiar are you with WiFi or Wireless Local Area Network (WLAN) technology?
    _____ Not at all    _____ A little    _____ Quite    _____ Very

11. Please indicate examples of the types of reading materials that you prefer for each category below, or put "none" if you do not read these:
    Magazines _____
    Books _____
    Internet/websites _____

12. Other than your experiences here today as a juror, what experiences have you had with lawyers, the legal system, or the court system? _____

Signature_____    Date _____