**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 6:09-cv-399 (LED)[1] |
| LENOVO (UNITED STATES) INC., ET AL., | ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' NOTICE OF ESTIMATED TRIAL TIME

Defendants hereby respectfully submit their estimates of the amount of time requested for jury selection and trial.  This estimate is based on the assumption that the parties will be given ten days of 6.0 hours per day, that the time available will be divided evenly between Defendants and CSIRO, and that there will be a single trial addressing all issues, including liability and damages, and all Defendants.

Defendants propose the following time limits per side (CSIRO constitutes one side, all parties adverse to CSIRO constitute the other side):

(1) Voir Dire – 30 minutes per side

(2) Opening Statement – 1 hour per side

(3) Direct and Cross-Examination – 27 hours per side

(4) Closing Argument – 1 hour per side

Total estimated time – 29.5 hours per side.

---

[1] Consolidated case including:  Case No. 6:09-cv-399; Case No. 6:09-cv-400; Case No. 6:09-cv-401; Case No. 6:09-cv-513; Case No. 6:10-cv-65; Case No. 6:10-cv-66; Case No. 6:10-cv-67.

Date: March 20, 2012

Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**
By:   */s/ Michael E. Jones*
    Michael E. Jones
    Texas State Bar No. 10929400
    110 N. College Ave.
    Suite 500 Plaza Tower
    Tyler, Texas 75702
    Telephone: 903.597.8311
    Fax: 903.593.0846
    Email: mikejones@potterminton.com

*Attorneys for Declaratory Judgment Plaintiffs*
**BROADCOM CORPORATION and**
**ATHEROS COMMUNICATIONS, INC.**

Robert A. Van Nest
CA State Bar No. 84065
(admitted pro hac vice)

Christa M. Anderson
CA State Bar No. 184325
(admitted pro hac vice)

KEKER & VAN NEST, LLP
710 Sansome St.
San Francisco, CA 94111
Telephone: 415.391.5400
Fax: 415.397.7188
Email:  rvannest@kvn.com
        canderson@kvn.com

*Attorneys for Declaratory Judgment Plaintiff*
**BROADCOM CORPORATION**

Scott D. Baker
CA State Bar No. 84923
(admitted pro hac vice)

REED SMITH LLP
101 2nd St Ste 1800
San Francisco, CA 94105
Telephone: 415.543.8700
Fax: 415.391.8269
Email:  sbaker@reedsmith.com

*Attorneys for Declaratory Judgment Plaintiff*
**ATHEROS COMMUNICATIONS, INC.**

Date: March 20, 2012

Respectfully submitted,

By:     */s/ Harry L. Gillam, with permission by*
        *Michael E. Jones*

Harry L. Gillam, Jr.
State Bar No. 07921800
Email: gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX  75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Alex V. Chachkes
CA State Bar No. 183918
Email: achachkes@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Chris R. Ottenweller
(admitted pro hac vice)
CA State Bar No. 73649
Email: cottenweller@orrick.com
Stacy B. Margolies
(admitted pro hac vice)
CA State Bar No. 202360
Email: smargolies@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

**Attorneys for Defendants**
**ACER INC., ACER AMERICA**
**CORPORATION, and GATEWAY, INC.**

Date: March 20, 2012

Respectfully submitted,

By:      */s/ Fred I. Williams, with permission by*
           *Michael E. Jones*

Fred I. Williams (Lead Attorney)
State Bar No. 00794855
fwilliams@akingump.com
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, Texas  78701
Telephone: 512.499.6218
Facsimile:  512.499.6290

Eric J. Klein
State Bar No. 24041258
eklein@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
Telephone: 214.969.2751
Facsimile:  214.969.4343

T. William Kennedy, Jr.
State Bar No. 24055771
wkennedy@akingump.com
Telephone: 214.969.4729
Facsimile:  214.969.4343

Eric H. Findlay
State Bar No. 00789886
efindlay@findlaycraft.com
Brian Craft
State Bar No. 04972020
bcraft@findlaycraft.com
Findlay Craft, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX  75703
Telephone: 903.534.1100
Facsimile:  903.534.1137

*Attorneys for Defendants*
**LENOVO (UNITED STATES) INC., LENOVO
GROUP LIMITED AND LENOVO HOLDING
COMPANY, INC.**

Dated: March 20, 2012                    Respectfully submitted,

                                         WHITE & CASE LLP

                                         */s/ Warren S. Heit, with permission by*
                                         *Michael E. Jones*
                                         Warren S. Heit (Lead Attorney)
                                         CA State Bar No. 164658
                                         Email: wheit@whitecase.com
                                         WHITE & CASE LLP
                                         3000 El Camino Real
                                         5 Palo Alto Square, 9th Floor
                                         Palo Alto, CA 94306
                                         Telephone: (650) 213-0300
                                         Facsimile: (650) 213-8158

                                         Andy Tindel
                                         State Bar No. 20054500
                                         Email: atindel@andytindel.com
                                         PROVOST UMPHREY LAW FIRM, LLP
                                         112 East Line Street, Suite 304
                                         Tyler, Texas 75702
                                         Telephone: (903) 596-0900
                                         Facsimile: (903) 596-0909

                                         Attorneys for Defendants,
                                         SONY CORPORATION
                                         SONY CORPORATION OF AMERICA
                                         SONY ELECTRONICS INC.

Date: March 20, 2012                     Respectfully submitted,

                                         By: */s/ Roger Fulghum, with permission by*
                                         *Michael E. Jones*
                                             Bryant C. Boren, Jr.
                                             Lead Attorney
                                             State of Texas Bar No. 02664100
                                             Kevin E. Cadwell
                                             State of Texas Bar No. 24036304
                                             BAKER BOTTS LLP
                                             620 Hansen Way
                                             Palo Alto, CA 94304
                                             Telephone: 650.739.7500
                                             Facsimile: 650.739.7699
                                             bryant.c.boren@bakerbotts.com
                                             kevin.cadwell@bakerbotts.com

Roger Fulghum
State of Texas Bar No. 00790724
William P. Rothwell
State of Texas Bar No. 24066005
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713.229.1234
Facsimile: 713.229.1522
roger.fulghum@bakerbotts.com
william.rothwell@bakerbotts.com

Timothy S. Durst
State Bar No. 00786924
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
214.953.6500 – Voice
214.953.6503 – Facsimile
tim.durst@bakerbotts.com

Melvin R. Wilcox, III
Texas State Bar No. 21454800
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste 1015
Tyler Texas 75702
Telephone: 903.595.1133
Facsimile: 903.595.0191
mrw@yw-lawfirm.com

ATTORNEYS FOR DEFENDANTS
SBC INTERNET SERVICES, INC.,
AT&T MOBILITY LLC, AND
WAYPORT, INC. D/B/A AT&T
WI-FI SERVICES

Date: March 20, 2012                   Respectfully submitted,

                                       By: */s/ Kevin P. Anderson, with permission
                                       by Michael E. Jones*
                                       Michael E. Jones
                                       State Bar No. 10929400
                                       mikejones@potterminton.com
                                       Allen F. Gardner
                                       State Bar No. 24043679
                                       allengardner@potterminton.com
                                       POTTER MINTON
                                       A Professional Corporation
                                       110 N. College, Suite 500
                                       Tyler, TX 75702
                                       Tel: (903) 597-8311
                                       Fax: (903) 593-0846

                                       Kevin P. Anderson (*pro hac vice*)
                                       kanderson@wileyrein.com
                                       Karin Hessler (*pro hac vice*)
                                       khessler@wileyrein.com
                                       WILEY REIN LLP
                                       1776 K Street, NW
                                       Washington, D.C. 20006
                                       Tel.: 202.719.700
                                       Fax: 202.719.7049

                                       *ATTORNEYS FOR DEFENDANT CELLCO
                                       PARTNERSHIP D/B/A VERIZON WIRELESS*

Date: March 20, 2012                   Respectfully submitted,

                                       By: */s/ Matthew Yungwirth, with permission
                                       by Michael E. Jones*
                                       L. Norwood Jameson
                                       Matthew S. Yungwirth
                                       DUANE MORRIS LLP
                                       1180 West Peachtree Street, Suite 700
                                       Atlanta, GA 30309-3448
                                       Telephone: 404.253.6900

                                       Michael E. Jones
                                       State Bar No. 10929400
                                       mikejones@potterminton.com
                                       John F. Bufe
                                       State Bar No. 03316930

johnbufe@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 20, 2012.

*/s/ Michael E. Jones*