# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § § § § § § § § § § § | Case No. 6:09-cv-399 (LED)[1]<br><br>Jury Trial Requested |
| Plaintiff, | | |
| v. | | |
| LENOVO (UNITED STATES) INC., et al. | | |
| Defendants. | | |

## AGREED MOTION FOR EXTENSION OF DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS

Pursuant to the Court's Order dated March 19, 2012, the current deadline for the parties to submit Proposed Final Jury Instructions is March 20, 2012. The parties have agreed to extend this deadline to March 22, 2012. This extension is requested so that the parties may continue their negotiations and submit to the Court their Final Jury Instructions with fewer, if any, disputes. The parties are diligently putting forth efforts to finalize these documents and respectfully request the Court grant the additional time to March 22, 2012.

Dated: March 20, 2011                                                Respectfully submitted,

**KERR & WAGSTAFFE LLP**

 /s/ Elizabeth DeRieux, *w/ Permission of Lead Attorney*
S. Calvin Capshaw (State Bar No. 03783900)
Elizabeth L. DeRieux (State Bar No. 05770585)
D. Jeffrey Rambin (State Bar No. 00791478)
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.

---

[1] Consolidated case including: Case No. 6:09-cv-399; Case No. 6:09-cv-400; Case No. 6:09-cv-401; Case No. 6:09-cv-513; Case No. 6:10-cv-65; Case No. 6:10-cv-66; Case No. 6:10-cv-67.

Gladewater, Texas 75647
Telephone: 903-236-9800
Facsimile: 903-236-8787
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Frederick G. Michaud (DC Bar No. 177675)
**CAPSHAW DERIEUX, LLP - WASHINGTON**
1801 Florida Avenue, NW
Washington, DC 20009
Telephone: 202-588-1960
Facsimile: 202-588-1961
E-mail: fmichaud@capshawlaw.com

James M. Wagstaffe (CA Bar No. 95535)
Michael Ng (CA Bar No. 237915)
Daniel A. Zaheer (CA Bar No. 237118)
Maria Radwick (CA Bar No. 253780)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500
E-mail: wagstaffe@kerrwagstaffe.com
E-mail: mng@kerrwagstaffe.com
E-mail: zaheer@kerrwagstaffe.com
E-mail: radwick@kerrwagstaffe.com

Jordan Trent Jones (CA Bar No. 166600)
**LAW OFFICES OF JORDAN TRENT JONES**
100 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone: 415-357-8940
Facsimile: 415-371-0500
E-mail: jtjones@jordanjonesiplaw.com

Michael F. Heim (State Bar No. 09380923)
Leslie V. Payne (State Bar No. 00784736)
Miranda Y. Jones (State Bar No. 24065519
**HEIM, PAYNE &CHORUSH, LLP**
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
Telephone: (713) 221-2000
Facsimile: (713) 221 -2021
E-Mail: mheim@hpcllp.com
E-Mail: lpayne@hpcllp.com
E-Mail: mjones@hpcllp.com

**ATTORNEYS FOR COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION**

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this March 20, 2012 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/ Elizabeth DeRieux
        Elizabeth DeRieux

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(h), I hereby certify that counsel for CSIRO conferred with counsel for Defendants and this motion is unopposed.

        /s/ Elizabeth DeRieux, *with Permission of Lead Attorney*
        Elizabeth DeRieux