**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,** | § § § | |
| | § | |
| *Plaintiff,* | § § | **Case No. 6:09-cv-399 (LED)**[1] |
| **v.** | § § | |
| | § | |
| **LENOVO (UNITED STATES) INC., ET AL.,** | § § | |
| | § | |
| *Defendants.* | § | |

## JOINT MOTION TO RESCHEDULE PRETRIAL CONFERENCE

Plaintiff Commonwealth Scientific and Industrial Research Organisation ("CSIRO") and Broadcom Corporation, Atheros Communications, Inc., Acer Inc., Acer America Corporation, Gateway, Inc., Lenovo (United States) Inc., Lenovo Group Limited, Lenovo Holding Company, Inc., Sony Corporation, Sony Corporation of America, Sony Electronics Inc., SBC Internet Service, Inc., AT&T Mobility LLC, Wayport, Inc. d/b/a AT&T Wi-Fi Services, Cellco Partnership d/b/a Verizon Wireless ("Defendants"), respectfully request the Court to reschedule the current setting of the Pretrial Conference on March 22, 2012 until Tuesday, March 27, 2012. This request is made not for delay of trial but so that the parties may continue their settlement negotiations.

---

[1] Consolidated case including:  Case No. 6:09-cv-399; Case No. 6:09-cv-400; Case No. 6:09-cv-401; Case No. 6:09-cv-513; Case No. 6:10-cv-65; Case No. 6:10-cv-66; Case No. 6:10-cv-67.

Date: March 21, 2012

Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**
By:   */s/ Michael E. Jones*
    Michael E. Jones
    Texas State Bar No. 10929400
    110 N. College Ave.
    Suite 500 Plaza Tower
    Tyler, Texas 75702
    Telephone: 903.597.8311
    Fax: 903.593.0846
    Email: mikejones@potterminton.com

*Attorneys for Declaratory Judgment Plaintiffs*
**BROADCOM CORPORATION and**
**ATHEROS COMMUNICATIONS, INC.**

    Robert A. Van Nest
    CA State Bar No. 84065
    (admitted pro hac vice)

    Christa M. Anderson
    CA State Bar No. 184325
    (admitted pro hac vice)

    KEKER & VAN NEST, LLP
    710 Sansome St.
    San Francisco, CA 94111
    Telephone: 415.391.5400
    Fax: 415.397.7188
    Email:  rvannest@kvn.com
        canderson@kvn.com

*Attorneys for Declaratory Judgment Plaintiff*
**BROADCOM CORPORATION**

    Scott D. Baker
    CA State Bar No. 84923
    (admitted pro hac vice)

    REED SMITH LLP
    101 2nd St Ste 1800
    San Francisco, CA 94105
    Telephone: 415.543.8700
    Fax: 415.391.8269
    Email:  sbaker@reedsmith.com

*Attorneys for Declaratory Judgment Plaintiff*
**ATHEROS COMMUNICATIONS, INC.**

Date: March 21, 2012

Respectfully submitted,

By:   */s/ Harry L. Gillam, with permission by*
      *Michael E. Jones*

Harry L. Gillam, Jr.
State Bar No. 07921800
Email: gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX  75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Alex V. Chachkes
CA State Bar No. 183918
Email: achachkes@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Chris R. Ottenweller
(admitted pro hac vice)
CA State Bar No. 73649
Email: cottenweller@orrick.com
Stacy B. Margolies
(admitted pro hac vice)
CA State Bar No. 202360
Email: smargolies@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

***Attorneys for Defendants***
**ACER INC., ACER AMERICA
CORPORATION, and GATEWAY, INC.**

Date: March 21, 2012

Respectfully submitted,

By:  */s/ Fred I. Williams, with permission by*
     *Michael E. Jones*

Fred I. Williams (Lead Attorney)
State Bar No. 00794855
fwilliams@akingump.com
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, Texas  78701
Telephone: 512.499.6218
Facsimile:  512.499.6290

Eric J. Klein
State Bar No. 24041258
eklein@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
Telephone: 214.969.2751
Facsimile:  214.969.4343

T. William Kennedy, Jr.
State Bar No. 24055771
wkennedy@akingump.com
Telephone: 214.969.4729
Facsimile:  214.969.4343

Eric H. Findlay
State Bar No. 00789886
efindlay@findlaycraft.com
Brian Craft
State Bar No. 04972020
bcraft@findlaycraft.com
Findlay Craft, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX  75703
Telephone: 903.534.1100
Facsimile:  903.534.1137

***Attorneys for Defendants***
**LENOVO (UNITED STATES) INC., LENOVO
GROUP LIMITED AND LENOVO HOLDING
COMPANY, INC.**

{A07/8369/0001/W0798829.1 }

Dated:  March 21, 2012

Respectfully submitted,

WHITE & CASE LLP

*/s/ Warren S. Heit, with permission by*
*Michael E. Jones*
Warren S. Heit (Lead Attorney)
CA State Bar No. 164658
Email: wheit@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Andy Tindel
State Bar No. 20054500
Email: atindel@andytindel.com
PROVOST UMPHREY LAW FIRM, LLP
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

Attorneys for Defendants,
SONY CORPORATION
SONY CORPORATION OF AMERICA
SONY ELECTRONICS INC.

Date: March 21, 2012

Respectfully submitted,

By: */s/ Roger Fulghum, with permission by*
*Michael E. Jones*
Bryant C. Boren, Jr.
Lead Attorney
State of Texas Bar No. 02664100
Kevin E. Cadwell
State of Texas Bar No. 24036304
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7699
bryant.c.boren@bakerbotts.com
kevin.cadwell@bakerbotts.com

Roger Fulghum
State of Texas Bar No. 00790724
William P. Rothwell
State of Texas Bar No. 24066005
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713.229.1234
Facsimile: 713.229.1522
roger.fulghum@bakerbotts.com
william.rothwell@bakerbotts.com

Timothy S. Durst
State Bar No. 00786924
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
214.953.6500 – Voice
214.953.6503 – Facsimile
tim.durst@bakerbotts.com

Melvin R. Wilcox, III
Texas State Bar No. 21454800
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste 1015
Tyler Texas 75702
Telephone: 903.595.1133
Facsimile: 903.595.0191
mrw@yw-lawfirm.com

ATTORNEYS FOR DEFENDANTS
SBC INTERNET SERVICES, INC.,
AT&T MOBILITY LLC, AND
WAYPORT, INC. D/B/A AT&T
WI-FI SERVICES

Date: March 21, 2012                    Respectfully submitted,

                                        By: */s/ Kevin P. Anderson, with permission
                                        by Michael E. Jones*
                                        Michael E. Jones
                                        State Bar No. 10929400
                                        mikejones@potterminton.com
                                        Allen F. Gardner
                                        State Bar No. 24043679
                                        allengardner@potterminton.com
                                        POTTER MINTON
                                        A Professional Corporation
                                        110 N. College, Suite 500
                                        Tyler, TX 75702
                                        Tel: (903) 597-8311
                                        Fax: (903) 593-0846

                                        Kevin P. Anderson (*pro hac vice*)
                                        kanderson@wileyrein.com
                                        Karin Hessler (*pro hac vice*)
                                        khessler@wileyrein.com
                                        WILEY REIN LLP
                                        1776 K Street, NW
                                        Washington, D.C. 20006
                                        Tel.: 202.719.700
                                        Fax: 202.719.7049

                                        *ATTORNEYS FOR DEFENDANT CELLCO
                                        PARTNERSHIP D/B/A VERIZON WIRELESS*

Date: March 21, 2012                    Respectfully submitted,

                                        By: */s/ Matthew Yungwirth, with permission
                                        by Michael E. Jones*
                                        L. Norwood Jameson
                                        Matthew S. Yungwirth
                                        DUANE MORRIS LLP
                                        1180 West Peachtree Street, Suite 700
                                        Atlanta, GA 30309-3448
                                        Telephone: 404.253.6900

                                        Michael E. Jones
                                        State Bar No. 10929400
                                        mikejones@potterminton.com
                                        John F. Bufe
                                        State Bar No. 03316930
                                        johnbufe@potterminton.com

Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC.*

Dated: March 21, 2012

Respectfully Submitted,

By:  */s/ Michael K. Ng, with permission by Michael E. Jones*
James M. Wagstaffe (CA Bar No. 95535)
Michael Ng (CA Bar No. 237915)
Maria Radwick (CA Bar No. 253780)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500
E-mail: wagstaffe@kerrwagstaffe.com
E-mail: mng@kerrwagstaffe.com
E-mail: radwick@kerrwagstaffe.com

S. Calvin Capshaw (State Bar No. 03783900)
Elizabeth L. DeRieux (State Bar No. 05770585)
D. Jeffrey Rambin (State Bar No. 00791478)
John E. Lord (CA Bar No. 216111)
**Capshaw DeRieux, LLP**
114 E. Commerce St.
Gladewater, Texas 75647
Telephone: 903-236-9800
Facsimile: 903-236-8787
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com
E-mail: jlord@capshawlaw.com

Frederick G. Michaud (DC Bar No. 177675)
**Capshaw DeRieux, LLP - Washington**
1801 Florida Avenue, NW
Washington, DC 20009

Telephone: 202-588-1960
Facsimile: 202-588-1961
E-mail: fmichaud@capshawlaw.com

Jordan Trent Jones (CA Bar No. 166600)
**Law Offices of Jordan Trent Jones**
100 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone: 415-357-8940
Facsimile: 415-371-0500
E-mail: jtjones@jordanjonesiplaw.com

Michael F. Heim (State Bar No. 09380923)
Leslie V. Payne (State Bar No. 00784736)
Miranda Y. Jones (State Bar No. 24065519
**HEIM, PAYNE & CHORUSH, LLP**
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
Telephone: (713) 221-2000
Facsimile: (713) 221 -2021
E-Mail: mheim@hpcllp.com
E-Mail: lpayne@hpcllp.com
E-Mail: mjones@hpcllp.com

**ATTORNEYS FOR PLAINTIFF
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 21, 2012.

*/s/ Michael E. Jones*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on March 21, 2012 counsel on behalf of Defendants, Michael E. Jones, complied with the meet and confer requirement in Local Rule CV-7(h) and that both Plaintiff and Defendants join this motion.

*/s/ Michael E. Jones*