**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>    *Plaintiff*,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., ET AL.,<br><br>    *Defendants*. | §§§§§§§§§§§§    Case No. 6:09-cv-399 (LED)[1] |

## ORDER GRANTING JOINT MOTION TO RESCHEDULE PRETRIAL CONFERENCE

Before the Court is the Parties' Joint Motion to Reschedule Pretrial Conference in the above captioned suit. After consideration of said the motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the Pretrial Conference shall be rescheduled to Tuesday, March 27, 2012 at 9:00am.

**So ORDERED and SIGNED this 21st day of March, 2012.**



    **LEONARD DAVIS**
    **UNITED STATES DISTRICT JUDGE**

---

[1] Consolidated case including: Case No. 6:09-cv-399; Case No. 6:09-cv-400; Case No. 6:09-cv-401; Case No. 6:09-cv-513; Case No. 6:10-cv-65; Case No. 6:10-cv-66; Case No. 6:10-cv-67.