IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, <br><br>*Plaintiff*, <br><br>v. <br><br>LENOVO (UNITED STATES) INC., ET AL., <br><br>*Defendants*. | § § § § § § § § § § § § <br><br> Case No. 6:09-cv-399 (LED)[1] |

## JOINT MOTION TO RESCHEDULE PRETRIAL CONFERENCE

Plaintiff Commonwealth Scientific and Industrial Research Organisation ("CSIRO") and Broadcom Corporation, Atheros Communications, Inc., Acer Inc., Acer America Corporation, Gateway, Inc., Lenovo (United States) Inc., Lenovo Group Limited, Lenovo Holding Company, Inc., Sony Corporation, Sony Corporation of America, Sony Electronics Inc., SBC Internet Service, Inc., AT&T Mobility LLC, Wayport, Inc. d/b/a AT&T Wi-Fi Services, Cellco Partnership d/b/a Verizon Wireless ("Defendants"), respectfully request the Court to reschedule the current setting of the Pretrial Conference on March 27, 2012 to Friday, March 30, 2012 so that the parties may continue finalizing their settlement negotiations.

---

[1] Consolidated case including:  Case No. 6:09-cv-399; Case No. 6:09-cv-400; Case No. 6:09-cv-401; Case No. 6:09-cv-513; Case No. 6:10-cv-65; Case No. 6:10-cv-66; Case No. 6:10-cv-67.

{A07/8369/0001/W0798829.2 }

Date: March 26, 2012                              Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**
By:   */s/ Michael E. Jones*
     Michael E. Jones
     Texas State Bar No. 10929400
     110 N. College Ave.
     Suite 500 Plaza Tower
     Tyler, Texas 75702
     Telephone: 903.597.8311
     Fax: 903.593.0846
     Email: mikejones@potterminton.com

*Attorneys for Declaratory Judgment Plaintiffs*
**BROADCOM CORPORATION and**
**ATHEROS COMMUNICATIONS, INC.**

     Robert A. Van Nest
     CA State Bar No. 84065
     (admitted pro hac vice)

     Christa M. Anderson
     CA State Bar No. 184325
     (admitted pro hac vice)

     KEKER & VAN NEST, LLP
     710 Sansome St.
     San Francisco, CA 94111
     Telephone: 415.391.5400
     Fax: 415.397.7188
     Email:  rvannest@kvn.com
           canderson@kvn.com

*Attorneys for Declaratory Judgment Plaintiff*
**BROADCOM CORPORATION**

     Scott D. Baker
     CA State Bar No. 84923
     (admitted pro hac vice)

     REED SMITH LLP
     101 2nd St Ste 1800
     San Francisco, CA 94105
     Telephone: 415.543.8700
     Fax: 415.391.8269
     Email:  sbaker@reedsmith.com

*Attorneys for Declaratory Judgment Plaintiff*
**ATHEROS COMMUNICATIONS, INC.**

| | |
|---|---|
| Date: March 26, 2012 | Respectfully submitted, |

By: */s/ Harry L. Gillam, with permission by Michael E. Jones*

    Harry L. Gillam, Jr.
    State Bar No. 07921800
    Email: gil@gillamsmithlaw.com
    GILLAM & SMITH, LLP
    303 South Washington Avenue
    Marshall, TX  75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257

    Alex V. Chachkes
    CA State Bar No. 183918
    Email: achachkes@orrick.com
    ORRICK, HERRINGTON &
    SUTCLIFFE LLP
    666 Fifth Avenue
    New York, NY 10103
    Telephone: (212) 506-5000
    Facsimile: (212) 506-5151

    Chris R. Ottenweller
    (admitted pro hac vice)
    CA State Bar No. 73649
    Email: cottenweller@orrick.com
    Stacy B. Margolies
    (admitted pro hac vice)
    CA State Bar No. 202360
    Email: smargolies@orrick.com
    ORRICK, HERRINGTON &
    SUTCLIFFE LLP
    1000 Marsh Road
    Menlo Park, CA  94025
    Telephone: (650) 614-7400
    Facsimile: (650) 614-7401

*Attorneys for Defendants*
**ACER INC., ACER AMERICA CORPORATION, and GATEWAY, INC.**

Date: March 26, 2012                              Respectfully submitted,

                                                  By:     */s/ Fred I. Williams, with permission by*
                                                          *Michael E. Jones*
                                                          Fred I. Williams (Lead Attorney)
                                                          State Bar No. 00794855
                                                          fwilliams@akingump.com
                                                          Akin Gump Strauss Hauer & Feld LLP
                                                          300 West 6th Street, Suite 2100
                                                          Austin, Texas  78701
                                                          Telephone: 512.499.6218
                                                          Facsimile:  512.499.6290

                                                          Eric J. Klein
                                                          State Bar No. 24041258
                                                          eklein@akingump.com
                                                          Akin Gump Strauss Hauer & Feld LLP
                                                          1700 Pacific Avenue, Suite 4100
                                                          Dallas, Texas  75201
                                                          Telephone: 214.969.2751
                                                          Facsimile:  214.969.4343

                                                          T. William Kennedy, Jr.
                                                          State Bar No. 24055771
                                                          wkennedy@akingump.com
                                                          Telephone: 214.969.4729
                                                          Facsimile:  214.969.4343

                                                          Eric H. Findlay
                                                          State Bar No. 00789886
                                                          efindlay@findlaycraft.com
                                                          Brian Craft
                                                          State Bar No. 04972020
                                                          bcraft@findlaycraft.com
                                                          Findlay Craft, LLP
                                                          6760 Old Jacksonville Hwy, Suite 101
                                                          Tyler, TX  75703
                                                          Telephone: 903.534.1100
                                                          Facsimile:  903.534.1137
                                                  ***Attorneys for Defendants***
                                                  **LENOVO (UNITED STATES) INC., LENOVO
                                                  GROUP LIMITED AND LENOVO HOLDING
                                                  COMPANY, INC.**

{A07/8369/0001/W0798829.2 }

Dated: March 26, 2012

Respectfully submitted,

WHITE & CASE LLP

*/s/ Warren S. Heit, with permission by Michael E. Jones*
Warren S. Heit (Lead Attorney)
CA State Bar No. 164658
Email: wheit@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Andy Tindel
State Bar No. 20054500
Email: atindel@andytindel.com
PROVOST UMPHREY LAW FIRM, LLP
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

Attorneys for Defendants,
SONY CORPORATION
SONY CORPORATION OF AMERICA
SONY ELECTRONICS INC.

Date: March 26, 2012

Respectfully submitted,

By: */s/ Roger Fulghum, with permission by Michael E. Jones*
    Bryant C. Boren, Jr.
    Lead Attorney
    State of Texas Bar No. 02664100
    Kevin E. Cadwell
    State of Texas Bar No. 24036304
    BAKER BOTTS LLP
    620 Hansen Way
    Palo Alto, CA 94304
    Telephone: 650.739.7500
    Facsimile: 650.739.7699
    bryant.c.boren@bakerbotts.com
    kevin.cadwell@bakerbotts.com

Roger Fulghum
State of Texas Bar No. 00790724
William P. Rothwell
State of Texas Bar No. 24066005
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713.229.1234
Facsimile: 713.229.1522
roger.fulghum@bakerbotts.com
william.rothwell@bakerbotts.com

Timothy S. Durst
State Bar No. 00786924
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
214.953.6500 – Voice
214.953.6503 – Facsimile
tim.durst@bakerbotts.com

Melvin R. Wilcox, III
Texas State Bar No. 21454800
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste 1015
Tyler Texas 75702
Telephone: 903.595.1133
Facsimile: 903.595.0191
mrw@yw-lawfirm.com

ATTORNEYS FOR DEFENDANTS
SBC INTERNET SERVICES, INC.,
AT&T MOBILITY LLC, AND
WAYPORT, INC. D/B/A AT&T
WI-FI SERVICES

Date: March 26, 2012					Respectfully submitted,

              By: */s/ Kevin P. Anderson, with permission by Michael E. Jones*
              Michael E. Jones
              State Bar No. 10929400
              mikejones@potterminton.com
              Allen F. Gardner
              State Bar No. 24043679
              allengardner@potterminton.com
              POTTER MINTON
              A Professional Corporation
              110 N. College, Suite 500
              Tyler, TX 75702
              Tel: (903) 597-8311
              Fax: (903) 593-0846

              Kevin P. Anderson (*pro hac vice*)
              kanderson@wileyrein.com
              Karin Hessler (*pro hac vice*)
              khessler@wileyrein.com
              WILEY REIN LLP
              1776 K Street, NW
              Washington, D.C. 20006
              Tel.: 202.719.700
              Fax: 202.719.7049

              *ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS*

Date: March 26, 2012					Respectfully submitted,

              By: */s/ Matthew Yungwirth, with permission by Michael E. Jones*
              L. Norwood Jameson
              Matthew S. Yungwirth
              DUANE MORRIS LLP
              1180 West Peachtree Street, Suite 700
              Atlanta, GA 30309-3448
              Telephone: 404.253.6900

              Michael E. Jones
              State Bar No. 10929400
              mikejones@potterminton.com
              John F. Bufe
              State Bar No. 03316930
              johnbufe@potterminton.com

        Allen F. Gardner
        State Bar No. 24043679
        allengardner@potterminton.com
        POTTER MINTON
        A Professional Corporation
        110 N. College, Suite 500
        Tyler, TX 75702
        Tel: (903) 597-8311
        Fax: (903) 593-0846

*ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC.*

Dated: March 26, 2012        Respectfully Submitted,

By: */s/ Michael K. Ng, with permission by Michael E. Jones*
James M. Wagstaffe (CA Bar No. 95535)
Michael Ng (CA Bar No. 237915)
Maria Radwick (CA Bar No. 253780)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500
E-mail: wagstaffe@kerrwagstaffe.com
E-mail: mng@kerrwagstaffe.com
E-mail: radwick@kerrwagstaffe.com

S. Calvin Capshaw (State Bar No. 03783900)
Elizabeth L. DeRieux (State Bar No. 05770585)
D. Jeffrey Rambin (State Bar No. 00791478)
John E. Lord (CA Bar No. 216111)
**Capshaw DeRieux, LLP**
114 E. Commerce St.
Gladewater, Texas 75647
Telephone: 903-236-9800
Facsimile: 903-236-8787
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com
E-mail: jlord@capshawlaw.com

Frederick G. Michaud (DC Bar No. 177675)
**Capshaw DeRieux, LLP - Washington**
1801 Florida Avenue, NW
Washington, DC 20009

Telephone: 202-588-1960
Facsimile: 202-588-1961
E-mail: fmichaud@capshawlaw.com

Jordan Trent Jones (CA Bar No. 166600)
**Law Offices of Jordan Trent Jones**
100 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone: 415-357-8940
Facsimile: 415-371-0500
E-mail: jtjones@jordanjonesiplaw.com

Michael F. Heim (State Bar No. 09380923)
Leslie V. Payne (State Bar No. 00784736)
Miranda Y. Jones (State Bar No. 24065519)
**HEIM, PAYNE & CHORUSH, LLP**
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
Telephone: (713) 221-2000
Facsimile: (713) 221 -2021
E-Mail: mheim@hpcllp.com
E-Mail: lpayne@hpcllp.com
E-Mail: mjones@hpcllp.com

**ATTORNEYS FOR PLAINTIFF COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 26, 2012.

*/s/ Michael E. Jones*

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on March 26, 2012 counsel on behalf of Defendants, Michael E. Jones, complied with the meet and confer requirement in Local Rule CV-7(h) and that both Plaintiff and Defendants join this motion.

*/s/ Michael E. Jones*