## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION** | § § § § | |
| **Plaintiff** | § § | **CASE NO.  6:09cv399** **PATENT CASE** |
| **vs.** | § § | |
| **LENOVO (United States), INC., ET AL.** | § § | |
| **Defendants** | | |
| | | |
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION** | § § § § | |
| **Plaintiff** | § § | **CASE NO.  6:09cv400** **PATENT CASE** |
| **vs.** | § § | |
| **SONY CORPORATION, ET AL.** | § § | |
| **Defendants** | | |
| | | |
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION** | § § § § | |
| **Plaintiff** | § § | **CASE NO.  6:09cv401** **PATENT CASE** |
| **vs.** | § § | |
| **ACER, INC., ET AL.** | § | |
| **Defendants** | | |

**BROADCOM CORPORATION and**
**ATHEROS COMMUNICATIONS, INC.,**

§
§
§

     **Plaintiffs**

§
§

**CASE NO.  6:09 CV 513**

**vs.**

§
§

**PATENT CASE**

**COMMONWEALTH SCIENTIFIC AND**
**INDUSTRIAL RESEARCH**
**ORGANISATION**

§
§
§
§

     **Defendants**


**COMMONWEALTH SCIENTIFIC AND**
**INDUSTRIAL RESEARCH**
**ORGANISATION**

§
§
§
§

     **Plaintiff**

§
§

**CASE NO.  6:10-CV-65**
**PATENT CASE**

**vs.**

§
§

**T-MOBILE USA, INC.**

§
§

     **Defendant**


**COMMONWEALTH SCIENTIFIC AND**
**INDUSTRIAL RESEARCH**
**ORGANISATION**

§
§
§

     **Plaintiff**

§
§

**CASE NO.  6:10-CV-66**
**PATENT CASE**

**vs.**

§
§

**CELLCO PARTNERSHIP d/b/a**
**VERIZON WIRELESS**

§
§

     **Defendant**

| | | |
|---|---|---|
| **COMMONWEALTH SCIENTIFIC AND** | § | |
| **INDUSTRIAL RESEARCH** | § | |
| **ORGANISATION** | § | |
| | § | |
| **Plaintiff** | § | **CASE NO.  6:10-CV-67** |
| | § | **PATENT CASE** |
| **vs.** | § | |
| | § | |
| **AT&T, INC., ET AL.** | § | |
| | § | |
| **Defendants** | | |

## FINAL JUDGMENT

Pursuant to stipulated dismissal of all defendants and declaratory judgment plaintiffs, the

Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the parties take nothing and

that all pending motions are **DENIED AS MOOT**.  All costs are to be borne by the party that

incurred them.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that all claims, counterclaims, and

third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 2nd day of April, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**